UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA CACERES, | CASE NO. CV F 09-2066 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| BAY AREA CREDIT SERVICE LLC, | |
| Defendants. / | |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than May 5, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety. Plaintiff requests the Court set the date for filing dispositive documents out 45 days, but does not provide good cause for the delay.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:    April 6, 2010**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE