UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA CACERES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BAY AREA CREDIT SERVICE, LLC,<br><br>　　　　Defendant. | CASE NO. 1:09-CV-02066-LJO-GSA<br><br>**ORDER OF DISMISSAL** |

　　Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice.

IT IS SO ORDERED.

**Dated:　April 8, 2010**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1